No. 10–7341. HORN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7382. ROMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7396. BURKE v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9515. PITRE v. CAIN ET AL., *ante*, p. 992;

No. 09–10814. GOODEN v. IOWA, *ante*, p. 853;

No. 09–10886. ROONEY v. GEORGIA, *ante*, p. 854;

No. 09–11074. LaRUE v. DENSO MANUFACTURING ARKANSAS, INC., *ante*, p. 861;

No. 09–11076. BANKS v. FLORIDA, *ante*, p. 861;

No. 09–11325. EARHART v. KONTEH, WARDEN, *ante*, p. 874;

No. 09–11355. PENDLETON v. UNITED STATES MEDICAL CENTER, SPRINGFIELD, MISSOURI, ET AL., *ante*, p. 875;

No. 09–11473. RICHARDSON v. McHUGH, SECRETARY OF THE ARMY, *ante*, p. 882;

No. 10–183. SAMSON v. MANLEY ET AL., *ante*, p. 962;

No. 10–295. VEASAW v. UNITED STATES ET AL., *ante*, p. 964;

No. 10–5121. CAMPOS v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, *ante*, p. 905;

No. 10–5151. BITTAN v. HAWAII DEPARTMENT OF HUMAN SERVICES, *ante*, p. 906;

No. 10–5200. HOGAN v. FLORIDA, *ante*, p. 909;

No. 10–5212. JONES v. BURNS, *ante*, p. 909;

No. 10–5273. CLARK v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 912;

No. 10–5326. MOORE v. UNITED STATES, *ante*, p. 915;

No. 10–5505. BROWN v. CITY OF NORTH CHICAGO, ILLINOIS, ET AL., *ante*, p. 926;

No. 10–5528. SOENTGEN v. PENNSYLVANIA, *ante*, p. 927;

No. 10–5682. ELAM v. TEXAS, *ante*, p. 965;

No. 10–5748. SHEEHAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 966;

No. 10–5915. IN RE LUCIOUS, *ante*, p. 825;

No. 10–6102. SETTLE v. BELL, WARDEN, *ante*, p. 970; and

No. 10–6368. COULOMBE v. CITY OF OXNARD, CALIFORNIA, ET AL., *ante*, p. 1014. Petitions for rehearing denied.

No. 10–5109. KUMVACHIRAPITAG v. MICROSOFT CORP. ET AL., *ante*, p. 953. Petition for rehearing denied. THE CHIEF JUSTICE and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–5385. STEVENS v. UNITED STATES, *ante*, p. 954. Petition for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–5786. FALLS v. UNITED STATES, *ante*, p. 937. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

## DECEMBER 10, 2010

No. 09–993. PLIVA, INC., ET AL. v. MENSING. C. A. 8th Cir.;

No. 09–1039. ACTAVIS ELIZABETH, LLC v. MENSING. C. A. 8th Cir.; and

No. 09–1501. ACTAVIS, INC. v. DEMAHY. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour is allotted for oral argument.

No. 10–313. TALK AMERICA, INC. v. MICHIGAN BELL TELEPHONE CO., DBA AT&T MICHIGAN; and

No. 10–329. ISIOGU ET AL. v. MICHIGAN BELL TELEPHONE CO., DBA AT&T MICHIGAN. C. A. 6th Cir. Certiorari granted, cases consolidated, and a total of one hour is allotted for oral argument. JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 10–5400. TAPIA v. UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.